SO ORDERED.

Dated: August 30, 2017

Daniel P. Collins, Chief Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **In re** | ) | Chapter 7 Proceedings |
| | ) | |
| **ANTHONY EUGENE ROMYAK** | ) | Case No: 2:17-bk-06717-DPC |
| | ) | |
| **Debtor.** | ) | **ORDER REGARDING MOTION FOR STAY RELIEF AND EXTENSION OF DEADLINE FOR FILING DISCHARABILITY OBJECTIONS** |

On August 29, 2017, at 11:00 a.m., a hearing was held regarding Creditor T. Short's ("Mr. Short") Motion for Stay Relief and Motion to Extend Deadline for Filing Section 727 Objection to Discharge (DE 18), and Motion to Approve Notice: Misprision of a Felony (DE 20). Mr. Romyak ("Debtor") filed his response (DE 30) and appeared telephonically at the hearing. Mr. Short appeared in person. Both parties presented their arguments to the Court. The Court issued its rulings on the record. It is now hereby:

ORDERED that the Motion to Approve Notice: Misprision of a Felony is moot and therefore denied to the extent not withdrawn by Mr. Short.

IT IS FURTHER ORDERED granting Mr. Short's Motion to Extend the Deadline for Filing his Objections to the Debtor's discharge or the dischargeability of Debtor's debts to Mr. Short. No later than October 23, 2017, Mr. Short must file his amended complaint in 17-ap-505-DPC.

IT IS FURTHER ORDERED granting Mr. Short's Motion for Relief from Stay for the sole purpose of allowing Mr. Short to defend himself in any proceedings in state court, justice court, or any other court, commenced or continued by Debtor against

| | |
|---|---|
| 1 | Mr. Short since the filing of Debtor's bankruptcy petition. The automatic bankruptcy |
| 2 | stay under 11 U.S.C. § 362 shall remain in place as to Mr. Short's pursuit of all collection |
| 3 | efforts or other proceedings as against the Debtor on account of matters arising prior to |
| 4 | the date these bankruptcy proceedings were commenced, i.e., June 14, 2017. |
| 5 | Furthermore, both Debtor and Mr. Short are instructed to provide each other with proper |
| 6 | notice and service at the address noted in court on August 29, 2017, of any future filings |
| 7 | in these bankruptcy proceedings. |

**So ordered.**

**SIGNED AND DATED ABOVE.**

To be Noticed by the BNC ("Bankruptcy Noticing Center") to:

Trustee Lawrence J. Warfield
P.O. Box 3350
Carefree, AZ 85377

Travis William Short
P.O. Box 1652
Show Low, AZ 85901

Anthony Eugene Romyak
P.O. Box 420
Vernon, AZ 85940